**2003–1901.  State ex rel. Campbell v. Indus. Comm.**
Franklin App. No. 02AP–1253, 2003-Ohio-4824. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for stay to pursue settlement under S.Ct.Prac.R. XIV,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted to the extent that the time for filing appellant's merit brief is extended to January 20, 2004.

**2003–1904.  State v. Ferguson.**
Montgomery C.P. No. 2002CR0353. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for stay of execution pending appeal to this court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

## RECONSIDERATION OF PRIOR DECISIONS

**2003–0967.  Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Cuyahoga App. No. 81507, 2003-Ohio-1728. Reported at 100 Ohio St.3d 1537, 2003-Ohio-6733, 800 N.E.2d 371.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.